ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, NV 89146
Telephone: (702) 979-3565
Facsimile: (702) 362-2060
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN DAVIS, an individual, | Case No.: 2:22-cv-02122-JCM-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| REMOTE IMAGERY TECHNOLOGIES, INC., a Domestic Corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff BRIAN DAVIS, by and through his attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ., of the law firm of JENNINGS & FULTON, LTD., and Defendant REMOTE IMAGERY TECHNOLOGIES, INC., by and through its attorneys of record, SCOTT A. MARQUIS, ESQ. and NICHOLAS M. ADAMS, ESQ., of the law firm of MARQUIS AURBACH, to dismiss this action, including all claims and defenses, with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear their own attorneys' fees and costs.

Dated: June 15, 2023

**JENNINGS & FULTON, LTD.**

  /s/ *Logan G. Willson, Esq.*
ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
2580 Sorrel Street
Las Vegas, Nevada 89146
Email: afulton@jfnvlaw.com
Email: logan@jfnvlaw.com
*Attorneys for Plaintiff*

Dated: June 15, 2023

**MARQUIS AURBACH CHTD.**

  /s/ *Scott A. Marquis, Esq.*
SCOTT A. MARQUIS, ESQ.
Nevada Bar No. 6407
NICHOLAS M. ADAMS, ESQ.
Nevada Bar No. 15859
10001 Park Run Dr.
Las Vegas, Nevada 89145
Email: smarquis@maclaw.com
Email: nadams@maclaw.com
*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
United States District Judge

Dated: June 21, 2023